IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZSCALER, INC.,

        Plaintiff,

  v.

ANUJ GROVER,

        Defendants.

No. C 13-03195  RS

**ORDER DENYING REQUEST TO DELAY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff's request that the Court issue an order prohibiting defendant from filing any motion for summary judgment before April 28, 2014, or alternatively, to extend plaintiff's time to respond to any motion filed before that date is denied.  This order is without prejudice to any response by the plaintiff under Fed. R. Civ. Proc. 56(d) to defendant's anticipated motion for summary judgment.

IT IS SO ORDERED.

DATED: March 3, 2014

_____
RICHARD SEEBORG
United States District Judge

ORDER