DURIE TANGRI LLP
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
ALEX J. FEERST (SBN 270537)
afeerst@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Defendant and Counterclaimant
ANUJ GROVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZSCALER, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANUJ GROVER,<br><br>    Defendant. | Case No. 3:13-cv-03195-RS<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE AND [PROPOSED] ORDER, AS MODIFIED BY THE COURT**<br><br>Date:    May 15, 2014<br>Time:    1:30 p.m.<br>Dept.:    3 - 17th Floor<br>Judge:   Honorable Richard Seeborg |
| ANUJ GROVER,<br><br>    Counterclaimant,<br><br>v.<br><br>ZSCALER, INC.,<br><br>    Counterdefendant. | |

STIPULATED REQUEST FOR ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE
AND [PROPOSED] ORDER/ CASE NO. 3:13-CV-03195-RS

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Zscaler, Inc. ("Zscaler") and Defendant Anuj Grover ("Grover") (collectively "the Parties") hereby stipulate to a thirty day extension of time to file the remaining briefs related to their cross-motions for summary judgment. In support of this request, Grover submits the Declaration of Alex J. Feerst ("Feerst Decl.").

The Parties mediated this dispute on April 16, 2014 and reached a settlement in principle. Feerst Decl. ¶ 2. The parties therefore request this extension in order to finalize the terms of that settlement and to avoid unnecessarily expending resources by the Court or the Parties on further briefing of the pending motions.

The Parties previously stipulated to one modification of the summary judgment briefing schedule, extending it by one week. Dkt Nos. 35, 36. With the fact discovery cutoff in early June, expert discovery cutoff in late September, and a trial scheduled for December 1, 2014, this modification is unlikely to affect the Parties' abilities to proceed in line with those deadlines, should it become necessary.

Accordingly, the Parties request that the briefing schedule on their cross-motions for summary judgment be modified as follows:

- Grover's reply in support of his motion for summary judgment will be due **May 19, 2014**;
- Grover's opposition to Zscaler's motion for summary judgment will be due **May 29, 2014**;
- Zscaler's reply in support of its motion for summary judgment will be due **June 5, 2014**.
- The hearing on these motions, currently scheduled for May 15, 2014, will be vacated and continued to June 19, 2014 or any subsequent date that is convenient for the Court.

**STIPULATED TO AND AGREED:**

Dated:  April 17, 2014                                                  DURIE TANGRI LLP

                                                                                        By:  _____*/s/ Alex J. Feerst*_____
                                                                                                           ALEX J. FEERST

                                                                                        Attorneys for Defendant and
                                                                                        Counterclaimant ANUJ GROVER

---
1
STIPULATED REQUEST FOR ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE
AND [PROPOSED] ORDER / CASE NO. 3:13-CV-03195-RS

Dated:  April 17, 2014                                             WILSON SONSINI GOODRICH & ROSATI

By:  _____*/s/ Jeanna C. Steele*_____
                 JEANNA C. STEELE

Attorneys for Plaintiff and Counterdefendant
ZSCALER, INC.

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Alex J. Feerst, attest that concurrence in the filing of this document has been obtained.

_____*/s/ Alex J. Feerst*_____
ALEX J. FEERST

**ORDER**

The parties' stipulated briefing schedule is hereby adopted.  The hearing on these motions, currently scheduled for May 15, 2014, will be vacated and continued to **June 26, 2014 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated:  April 17, 2014

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE